# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **BLAKE COFIELD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:15-cv-2197-RDP-JEO |
| ) | |
| **SHERIFF MATT GENTRY, et al.,** ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The Magistrate Judge filed a Report and Recommendation on April 20, 2016, recommending this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). (Doc. 15). Although the Magistrate Judge advised Plaintiff of his right to file specific written objections within fourteen days, he has failed to respond to the Report and Recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the Magistrate Judge's Report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b)(1), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

A Final Judgment will be entered.

**DONE** and **ORDERED** this May 20, 2016.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE